UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Mighty Earth,<br><br>　　　　　　*Plaintiff,*<br><br>　　v.<br><br>JBS USA Food Company and<br>JBS USA Food Company Holdings,<br><br>　　　　　　*Defendants*. | Civil No. 1:25-cv-04138-JDB<br><br>**DEFENDANTS' CROSS-MOTION TO DISMISS** |

**DEFENDANTS' CROSS-MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon Defendants' Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion to Remand and in Support of Defendants' Cross-Motion to Dismiss, together with Exhibit A (the Supplemental Declaration of Andrea Riva, dated February 5, 2026); and the Notice of Removal, together with all of its exhibits, including Exhibit D (the Declaration of Andrea Riva, dated November 24, 2025) and Exhibit E (the Declaration of Nikki Richardson, dated November 25, 2025); and all other papers and proceedings herein, Defendants JBS USA Food Company and JBS USA Food Company Holdings will move this court, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, at a time and place to be set by the Court, for an Order dismissing the Complaint, with prejudice and without leave to replead.

DATED: February 6, 2026          QUINN EMANUEL URQUHART &
               New York, New York             SULLIVAN, LLP

By:  /s/ *Manisha M. Sheth*
     Manisha M. Sheth

Manisha M. Sheth
*(pro hac vice)*
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
manishasheth@quinnemanuel.com

Derek L. Shaffer D.C. Bar. No. 478775
1300 I Street NW, 9th Floor
Washington, DC 20005
Telephone: (202) 538-8000
derekshaffer@quinnemanuel.com

Alex H. Loomis D.C. Bar. No. MA0049
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100
alexloomis@quinnemanuel.com

*Attorneys for Defendants*

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2026, a notice of the foregoing cross-motion was provided via the CM/ECF system to the counsel of record.

DATED: February 6, 2026.

                                                                                           /s/ *Manisha M. Sheth*
                                                                                          Manisha M. Sheth